**Terry Rammott WALKER,
Plaintiff—Appellant,**

v.

**W. Andrew REESE, Doctor,
Defendant—Appellee,**

and

**Diana Purks, Medical Coordinator; Dr.
Krek, Psychologist; Major Elliot,
Chief Security, Defendants.**

No. 08–7217.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 9, 2009.

Decided: March 20, 2009.

Terry Rammott Walker, Appellant Pro Se. John David McChesney, Rawls & McNelis, PC, Richmond, Virginia, for Appellee.

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Rammott Walker appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Walker v. Purks,* No. 2:06–cv–00248–RAJ–JEB (E.D. Va. June 16, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*